UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MICROMED TECHNOLOGY, INC.,<br>a Delaware corporation,<br><br>                          Debtor. | Chapter 11<br><br>Case No. 13-11525 (___) |

**DECLARATION OF DENNIS L. WINANS IN SUPPORT OF FIRST DAY MOTIONS**

I, Dennis L. Winans, state as follows, under penalty of perjury, and to the best of by knowledge and belief:

1. The following statements are based upon the business records of MicroMed Technology, Inc. ("MMT") and my interviews with present and former officers, directors, employees and consultants to MMT.

2. MicroMed Cardiovascular, Inc. ("MMC") is a Delaware corporation incorporated on August 10, 2005 conducting business at 8965 Interchange Drive, Houston, Texas 77054.

3. MMT is a Delaware corporation incorporated on June 12, 1996 conducting business at 8965 Interchange Drive, Houston, Texas 77054.

4. Pursuant to an Agreement and Plan of Merger, dated as of January 31, 2005, by and among Salmon Express, Inc., a Nevada corporation, Salmon Acquisition Corp., a Nevada corporation, and MMT, MMT was the survivor entity in a merger between MMT and Salmon Acquisitions, Inc. As a result, it became a wholly owned subsidiary of Salmon Express, Inc. MMC then merged with Salmon Express, Inc. and was the survivor entity. Therefore, it became the sole shareholder of MMT. MMT filed its Revised Certificate of Incorporation on August 10, 2005.

5. MMT was wholly owned by MMC until April 24, 2013.

6. **What MicroMed Does.** In 1984, Drs. Michael DeBakey and George Noon performed heart transplant surgery on a NASA-Johnson Space Center engineer following

a severe heart attack. That engineer returned to work six months later with the desire to apply spacecraft technology to help people with diseased hearts. Subsequently, NASA engineers and Drs. DeBakey and Noon discussed the design of a low-cost, low-power, implantable ventricular assist device ("VAD").

7. In 1996, MMT received an exclusive license from NASA to use this rotary blood pump for cardiovascular applications. MicroMed[1] then began the development of the critical support systems that would allow the device (system) to be approved by regulatory agencies and to be utilized in lifesaving applications in humans. European clinical trials of the DeBakeyVAD® began in November 1998 and CE Mark Certification was awarded in April 2001 for both the Adult and Pediatric VADs. The DeBakeyVAD® Child received FDA approval in February 2004.

8. In 2009, MicroMed made the strategic decision to address side effects encountered by existing approved devices through developing the next generation left ventricular assist device ("LVAD") – the HeartAssist5®. This system is the culmination of everything learned throughout the over 450 implants worldwide, together with the collaboration of countless leading experts in the field of Mechanical Circulatory Support.

9. The HeartAssist5® System received CE Mark Approval Certification in May 2009, an important certification that allowed the HeartAssist5® System to be sold and implanted in certified centers across Europe.

10. In June 2012, MicroMed received approval from the U.S. Food and Drug Administration (FDA) to conduct an Investigational Device Exemption (IDE) Clinical Trial study of the HeartAssist5® LVAD System compared to one of its competitors, the HeartMate II® VAD, which is made by a company called Thoratec.

11. MMT's world headquarters and certified manufacturing facility is located in Houston, Texas.

---

[1] When it is not completely clear to me exactly which legal entity is involved, I use the generic term "MicroMed."

2

12. MMC has made certain patent applications, as follows:

| No. | Title | Patent Number | Type of Document | Application Date |
|---|---|---|---|---|
| 1. | Wireless heart pump control system for pediatric application, has motor controller to transmit digital representations of pump motor operating parameters to monitor module through bi-directional radio frequency link | 1812094 | Derwent World Patents Legal | 08/17/2011 |
| 2. | REMOTE DATA MONITOR FOR HEART PUMP SYSTEM | 1812094 | European Patent Organization International Patents | 08/17/2011 |

13. MMC is the assignee of certain patent rights:

| No. | Assignee | Assignor | Patent Number(s) | Type of Document | Assignment Date |
|---|---|---|---|---|---|
| 1. | MICROMED CARDIOVASCULAR, INC. | BENKOWSKI, SCHIMA, MORELLO, GINO, ROBERT, VOLLKRON, HEINRICH, MICHAEL | 8303482, 20090005632 | Assignment | 09/09/2008 |

3

14. MMT has applied for patents, as follows:

| No. | Title | Patent Number | Type of Document | Application Date |
|---|---|---|---|---|
| 1. | PUMP CLEAN-OUT SYSTEM | 20130042892 | US Patent Application | 02/21/2013 |
| 2. | System for cleaning implanted blood pump, has outflow tube which is coupled to valve assembly, and outflow catheter which is provided with expandable outflow element positioned about periphery of outflow catheter | 20130042892 | Derwent World Patents Legal | 02/21/2013 |
| 3. | DEVICE, METHOD, AND SYSTEM FOR CALIBRATION OF A FLOW METER USED IN CONJUNCTION WITH A VENTRICULAR ASSIST DEVICE | 20110093230 | US Patent Application | 04/21/2011 |
| 4. | Blood flow calibration system i.e. blood flow meter programming system, has flow system allowing computer to determine calibration data, and programmer transferring calibration data from computer to memory of flow meter | 20110093230 | Derwent World Patents Legal | 04/21/2011 |
| 5. | DEVICE, METHOD, AND SYSTEM FOR CALIBRATION OF A FLOW METER USED IN CONJUNCTION WITH A VENTRICULAR ASSIST DEVICE | 2254618 | European Patent Organization International Patents | 12/01/2010 |
| 6. | Blood flow calibration system i.e. blood flow meter programming system, has flow system allowing computer to determine calibration data, and programmer transferring calibration data from computer to memory of flow meter | 2254618 | Derwent World Patents Legal | 12/01/2010 |
| 7. | Detecting ventricular collapse in patient with implanted blood pump by sampling pump current, speed or flow rate to calculate suction probability index | 1469770 | Derwent World Patents Legal | 10/27/2010 |
| 8. | METHOD AND SYSTEM FOR DETECTING VENTRICULAR COLLAPSE | 1469770 | European Patent Organization International Patents | 10/27/2010 |
| 9. | Controlling implanted blood pump by changing pump speed according to change in diastolic pump flow rate and heart rate | 101816811 | Derwent World Patents Legal | 09/01/2010 |
| 10. | Pump system | 101816811 | China International Patents | 09/01/2010 |
| 11. | Implantable blood pump system such as ventricle assist device (VAD) system has processing device programmed to determine flow rate based on pump parameters and compare determined flow rate to measured flow rate | 20100130809 | Derwent World Patents Legal | 05/27/2010 |
| 12. | BLOOD PUMP SYSTEM | 20100130809 | US Patent Application | 05/27/2010 |
| 13. | Implantable blood pump system such as ventricle assist device (VAD) system has processing device programmed to determine flow rate based on pump parameters and compare determined flow rate to measured flow rate | 101678160 | Derwent World Patents Legal | 03/24/2010 |
| 14. | Blood pump system | 101678160 | China International Patents | 03/24/2010 |
| 15. | Implantable blood pump system such as ventricle assist device (VAD) system has processing device programmed to determine flow rate based on pump parameters and compare determined flow rate to measured flow rate | 200906510 | Derwent World Patents Legal | 02/26/2010 |
| 16. | BLOOD PUMP SYSTEM | 2136861 | European Patent Organization International Patents | 12/30/2009 |
| 17. | Implantable blood pump system such as ventricle assist device (VAD) system has processing device programmed to determine flow rate based on pump parameters and compare determined flow rate to measured flow rate | 2136861 | Derwent World Patents Legal | 12/30/2009 |
| 18. | REMOTE DATA MONITOR FOR HEART PUMP SYSTEM | 20090226328 | US Patent Application | 09/10/2009 |
| 19. | Wireless heart pump control system for pediatric application, has motor controller to transmit digital representations of pump motor operating parameters to monitor module through bi-directional radio frequency link | 20090226328 | Derwent World Patents Legal | 09/10/2009 |
| 20. | Blood flow calibration system i.e. blood flow meter programming system, has flow system allowing computer to determine calibration data, and programmer transferring calibration data from computer to memory of flow meter | 20090192749 | Derwent World Patents Legal | 07/30/2009 |
| 21. | DEVICE, METHOD, AND SYSTEM FOR CALIBRATION OF A FLOW METER USED IN CONJUNCTION WITH A VENTRICULAR ASSIST DEVICE | 20090192749 | US Patent Application | 07/30/2009 |

| No. | Title | Patent Number | Type | Date |
|---|---|---|---|---|
| 22. | ARTIFICIAL HEART SYSTEM | 20090156885 | US Patent Application | 06/18/2009 |
| 23. | Heart pump system for total artificial heart system, comprises controller that operates blood pumps in master or slave configuration | 20090156885 | Derwent World Patents Legal | 06/18/2009 |
| 24. | ROTARY BLOOD PUMP | 20090143635 | US Patent Application | 06/04/2009 |
| 25. | Rotary blood pump i.e. left ventricular assist device, has flow straightener assembly formed with body contour such that rear section of straightener body blends into shaft without forming axial gap between end of straightener and front hub | 20090143635 | Derwent World Patents Legal | 06/04/2009 |
| 26. | BLOOD PUMP SYSTEM AND METHOD OF OPERATION | 20080281146 | US Patent Application | 11/13/2008 |
| 27. | Blood pump system e.g. ventricle assist device system, controlling method for recovered heart patient, involves controlling pump in response to flow waveform in time and frequency domains and maintaining desired flow rate | 20080281146 | Derwent World Patents Legal | 11/13/2008 |
| 28. | Implantable blood pump system such as ventricle assist device (VAD) system has processing device programmed to determine flow rate based on pump parameters and compare determined flow rate to measured flow rate | 2008237136 | Derwent World Patents Legal | 10/16/2008 |
| 29. | Implantable rotary blood pump e.g. for assisting pumping of human heart | 1 | Derwent World Patents Legal | 04/23/2008 |

15.     MMT is the assignee of certain patents, as follows:

| No. | Assignee | Assignor | Patent Number(s) | Type of Document | Assignment Date |
|---|---|---|---|---|---|
| 1. | MICROMED TECHNOLOGY, INC. | BENKOWSKI, ROBERT J., HUDSON | 20090143635, 8376926 | Assignment | 11/02/2012 |
| 2. | MICROMED TECHNOLOGY, INC. | BRYAN, ROBERT, BENKOWSKI, MORELLO, GINO, LYNCH | 8190390, 20110093230 | Assignment | 11/11/2010 |
| 3. | MICROMED TECHNOLOGY, INC. | MORELLO, GINO F. | 7951062 | Assignment | 07/23/2010 |
| 4. | MICROMED TECHNOLOGY, INC. | MORELLO, GINO F. | 20090226328 | Assignment | 07/23/2010 |
| 5. | MICROMED TECHNOLOGY, INC. | MORELLO, GINO F | 20100130809 | Assignment | 01/12/2010 |
| 6. | MICROMED TECHNOLOGY, INC. | ROBERT, MORELLO, GINO, BENKOWSKI | 8323173, 20050131271 | Assignment | 08/21/2009 |
| 7. | MICROMED TECHNOLOGY, INC. | BENKOWSKI, ROBERT, LYNCH, BRYAN, MORELLO, GINO | 7856335 | Assignment | 02/11/2009 |
| 8. | MICROMED TECHNOLOGY, INC. | MORELLO, GINO, BENKOWSKI, ROBERT | 20090156885 | Assignment | 07/16/2008 |

16.    MMT owns certain patents, as follows:

| No. | Title | Patent Number | Type of Document | Granted To | Issued Date |
|-----|-------|---------------|------------------|------------|-------------|
| 1. | Rotary blood pump i.e. left ventricular assist device, has flow straightener assembly formed with body contour such that rear section of straightener body blends into shaft without forming axial gap between end of straightener and front hub | 8376926 | Derwent World Patents Legal | MICROMED TECHNOLOGY INC | 02/19/2013 |
| 2. | ROTARY BLOOD PUMP | 8376926 | US Granted Patent | MICROMED TECHNOLOGY, INC. | 02/19/2013 |
| 3. | Controlling implanted blood pump by changing pump speed according to change in diastolic pump flow rate and heart rate | 8323173 | Derwent World Patents Legal | MORELLO, GINO F, BENKOWSKI, ROBERT J, MICROMED TECHNOLOGY INC | 12/04/2012 |
| 4. | METHOD AND SYSTEM FOR PHYSIOLOGIC CONTROL OF AN IMPLANTABLE BLOOD PUMP | 8323173 | US Granted Patent | MICROMED TECHNOLOGY, INC. | 12/04/2012 |
| 5. | Blood flow calibration system i.e. blood flow meter programming system, has flow system allowing computer to determine calibration data, and programmer transferring calibration data from computer to memory of flow meter | 8190390 | Derwent World Patents Legal | LYNCH, MORELLO, GINO, BRYAN, BENKOWSKI, MICROMED TECHNOLOGY INC, ROBERT | 05/29/2012 |
| 6. | DEVICE, METHOD, AND SYSTEM FOR CALIBRATION OF A FLOW METER USED IN CONJUNCTION WITH A VENTRICULAR ASSIST DEVICE | 8190390 | US Granted Patent | MICROMED TECHNOLOGY, INC. | 05/29/2012 |
| 7. | Implantable blood pump system such as ventricle assist device (VAD) system has processing device programmed to determine flow rate based on pump parameters and compare determined flow rate to measured flow rate | 580534 | Derwent World Patents Legal | MICROMED TECHNOLOGY INC | 11/25/2011 |
| 8. | Remote data monitor for heart pump system | 1812094 | European Patent Organization International Patents | MICROMED TECHNOLOGY, INC. | 08/17/2011 |
| 9. | Wireless heart pump control system for pediatric application, has motor controller to transmit digital representations of pump motor operating parameters to monitor module through bi-directional radio frequency link | 1812094 | Derwent World Patents Legal | MICROMED TECHNOLOGY INC | 08/17/2011 |
| 10. | Blood pump system e.g. ventricle assist device system, controlling method for recovered heart patient, involves controlling pump in response to flow waveform in time and frequency domains and maintaining desired flow rate | 7951062 | Derwent World Patents Legal | MICROMED TECHNOLOGY INC, MORELLO, GINO F. | 05/31/2011 |
| 11. | BLOOD PUMP SYSTEM AND METHOD OF OPERATION | 7951062 | US Granted Patent | MICROMED TECHNOLOGY, INC. | 05/31/2011 |
| 12. | Blood flow calibration system i.e. blood flow meter programming system, has flow system allowing computer to determine calibration data, and programmer transferring calibration data from computer to memory of flow meter | 7856335 | Derwent World Patents Legal | | 12/21/2010 |
| 13. | DEVICE, METHOD, AND SYSTEM FOR CALIBRATION OF A FLOW METER USED IN CONJUNCTION WITH A VENTRICULAR ASSIST DEVICE | 7856335 | US Granted Patent | MICROMED TECHNOLOGY, INC. | 12/21/2010 |
| 14. | Detecting ventricular collapse in patient with implanted blood pump by sampling pump current, speed or flow rate to calculate suction probability index | 60334677 | Derwent World Patents Legal | MICROMED TECHNOLOGY INC, MICROMED TECHNOLOGY, INC. | 12/09/2010 |
| 15. | SYSTEM FOR DETECTING VENTRICULAR COLLAPSE | 1469770 | European Patent Organization International | MICROMED TECHNOLOGY, | 10/27/2010 |

6

| | | | | | |
|---|---|---|---|---|---|
| | | | Patents | INC. | |
| 16. | Detecting ventricular collapse in patient with implanted blood pump by sampling pump current, speed or flow rate to calculate suction probability index | 1469770 | Derwent World Patents Legal | | 10/27/2010 |
| 17. | Pump system | 4288174 | Japan International Patents | MICROMED TECHNOLOGY INC | 07/01/2009 |
| 18. | Controlling implanted blood pump by changing pump speed according to change in diastolic pump flow rate and heart rate | 4288174 | Derwent World Patents Legal | | 07/01/2009 |
| 19. | Controlling implanted blood pump by changing pump speed according to change in diastolic pump flow rate and heart rate | 100500230 | Derwent World Patents Legal | | 06/17/2009 |
| 20. | BLOOD PUMP SYSTEM AND METHOD OF OPERATION | 7396327 | US Granted Patent | MICROMED TECHNOLOGY, INC. | 07/08/2008 |
| 21. | Blood pump system e.g. ventricle assist device system, controlling method for recovered heart patient, involves controlling pump in response to flow waveform in time and frequency domains and maintaining desired flow rate | 7396327 | Derwent World Patents Legal | | 07/08/2008 |
| 22. | A blood pump and the blood pump transplant assembly | 4077902 | Japan International Patents | NASA US NAT AERO ADMIN, MICROMED TECHNOLOGY INC | 04/23/2008 |
| 23. | Implantable rotary blood pump e.g. for assisting pumping of human heart | 4077902 | Derwent World Patents Legal | NASA, UNITED STATES GOVERNMENT, AS REPRESENTED BY ADMINISTRATOR OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, MICROMED TECHNOLOGY INC, MICROMED TECHNOLOGY, INC., NASA US NAT AERO & SPACE ADMIN | 04/23/2008 |

3542711.2

17. Another piece of MMT's intellectual property are PCT Filings, which are patent applications filed with the World Intellectual Property Organization pursuant to the Patent Cooperation Treaty:

| No. | Title | Patent Number | Type of Document | Application Date |
|---|---|---|---|---|
| 1. | Rotary blood pump i.e. left ventricular assist device, has flow straightener assembly formed with body contour such that rear section of straightener body blends into shaft without forming axial gap between end of straightener and front hub | 2009073494 | Derwent World Patents Legal | 06/11/2009 |
| 2. | DEVICE, METHOD, AND SYSTEM FOR CALIBRATION OF A FLOW METER USED IN CONJUNCTION WITH A VENTRICULAR ASSIST DEVICE (English); DISPOSITIF, PROC%21ED%21E ET SYST%22aME POUR L'%21ETALONNAGE D'UN D%21EBITM%22aTRE UTILIS%21E CONJOINTEMENT AVEC UN DISPOSITIF D'ASSISTANCE VENTRICULAIRE (French) | 2009094207 | US PCT Filing | 01/23/2009 |
| 3. | DEVICE, METHOD, AND SYSTEM FOR CALIBRATION OF A FLOW METER USED IN CONJUNCTION WITH A VENTRICULAR ASSIST DEVICE (English); DISPOSITIF, PROC%21ED%21E ET SYST%22aME POUR L'%21ETALONNAGE D'UN D%21EBITM%22aTRE UTILIS%21E CONJOINTEMENT AVEC UN DISPOSITIF D'ASSISTANCE VENTRICULAIRE (French) | 2009094207 | US PCT Filing | 01/23/2009 |
| 4. | Blood flow calibration system i.e. blood flow meter programming system, has flow system allowing computer to determine calibration data, and programmer transferring calibration data from computer to memory of flow meter | 2009094207 | Derwent World Patents Legal | 01/23/2009 |
| 5. | ROTARY BLOOD PUMP (English); POMPE SANGUINE ROTATIVE (French) | 2009073494 | US PCT Filing | 11/26/2008 |
| 6. | Implantable blood pump system such as ventricle assist device (VAD) system has processing device programmed to determine flow rate based on pump parameters and compare determined flow rate to measured flow rate | 2008124696 | Derwent World Patents Legal | 04/07/2008 |
| 7. | BLOOD PUMP SYSTEM (English); SYST%22aME DE POMPE SANGUINE (French) | 2008124696 | US PCT Filing | 04/07/2008 |

18. All of the patents generally are for technology called HeartAssist5®, which is an implantable electric pump designed to assist patients suffering from serious heart failure.

HeartAssist5®



CE Mark approved            Clinical **Trial in U.S.**

3542711.2

19. To date, MMT has developed the HeartAssist5®, Conquest Controller, and Remote Monitoring System as it continues to improve its product.

20. **MMT Assets/Liabilities**. MMT has about $2.3 million (book value after removing obsolete inventory) in inventory for production and maintenance of HeartAssist5® devices, and about $142,924 in depreciated book value of its leasehold improvements and FF&E, primarily at its Houston location. It owes about $3.175million in supplier and other accounts payable; $649,517 in insider loans; and $174,946 in pre-petition wages and related employee claims.

21. **MMC Capitalization.** Prior to the Bridge Notes discussed below, MicroMed was capitalized with about $27 million from 2008 to mid-2011. When added to development cost and investment in regulatory approval, the total investment in MMC, MMT and their predecessors since inception in the mid-1990s is in excess of $130,000,000.

22. **Bridge Notes.** MMC is the maker of certain Convertible Bridge Note(s) dated September 14, 2011 made to the order of the lender pursuant to certain Note Purchase Agreements dated September 14, 2011 between MMC and each lender. Thirty-one Bridge Notes were made; and as of April 2013 the unpaid balance of principal was $3,752,323. Seventy-four percent of the Bridge Note Holders are holders of the common and Series A shares of MMC.

23. Repayment of each Bridge Note was secured by a lien evidenced by a General Business Security Agreement made by MMC. The lien essentially extends to all assets of MMC. The lien granted to each Bridge Note holder was of the same priority as the lien granted to all other Bridge Note holders.

24. The lengthy development and testing period drained MicroMed of cash and it ceased active operations in October, 2012.

25. However, two employees continued to work to maintain the technology. A reliability life testing lab "Loop Room" was kept operating in Houston evidence the

reliability of the HeartAssist5® over time in order to demonstrate the technology for ongoing government testing and approvals. However, with MMT out of money, MMT was unable to pay it employees for much of their work after October, 2012, and those employees are not willing to continue to work indefinitely without pay, or prospect of being paid.

26. **Resolution Efforts.** The MMC Board sought to have the Bridge Note holders take control of their collateral for the purpose of maximizing their recovery.

27. **Foreclosure Sale.** The Bridge Notes are in default.

28. Two of the Bridge Note holders, Bryan Edwin Lynch and Anthony Williams, provided notice of a public foreclosure sale on April 24, 2013 under their Bridge Notes and the associated Security Agreements. The notice explained that the proceeds recovered by the foreclosure sale, after payment of expenses, would be shared by all Bridge Note holders on a *pari passu* basis.

29. **Jameson Texas Suit.** On April 5, 2013, Philip G. Jameson sued MMC and others in the district court of Harris County, Texas, seeking a writ of sequestration. The trial court denied Jameson relief.

30. **Jameson Arizona Suit.** On April 22, 2013, Philip G. Jameson sued MMC, Bryan Edwin Lynch, Anthony Williams and others in the Superior Court of Arizona in Pima County. Jameson immediately sought to restrain the pending foreclosure sale.

31. After a hearing on a request for injunctive relief, the Superior Court judge denied Mr. Jameson's request.

32. Mr. Jameson dismissed the Arizona suit on May 8, 2013.

33. **Foreclosure.** On April 24, 2013, Lynch and Williams foreclosed their security interests in MMC's assets, credit bid their debts, and assigned the assets to an entity called BTVAD, LLC ("BTVAD"). Lynch and Williams had formed BTVAD. As a result of the foreclosure, BTVAD is now the owner of MMC's assets for the benefit of the Bridge Note Holders.

34. **Stockholders Meeting.** As a result of the change of ownership due to foreclosure, the two remaining directors of MMT, David Mackstaller and Ray Bernal, directed notice of a special meeting of the Bridge Note holders, effectively as the new stockholders of MMT. Pursuant to Section 2.4 of the Amended and Restated Bylaws of MMT, the meeting was noticed in writing by deposit into the United States mail (certified) on or before May 3, 2013.

35. At a meeting on May 13, 2013, a majority of the stockholders (Bridge Note holders) met in person or by proxy. They voted on two questions. They approved reducing the MMT board of directors to one person, and they elected Dennis Winans (me) as the sole director.

36. **Interim Financing.** Prior to this bankruptcy filing, BTVAD has loaned MMT the sum of $100,000 in what was to be secured financing. A security agreement was signed by MMT that was intended to secure the financing by a lien on all assets of MMT. However, the UCC-1 was not filed. In addition, MMT had incurred unsecured debt to BTVAD in the amount of $358,980.

37. **Going Concern Prospects.** There are two material competitors to the HeartAssist5® technology. Based upon statements of one Bridge Note holder, MMT believes that one of its two competitors would be willing to pay perhaps $1.1 million for the technology, leaving perhaps $300,000 more or less in liquidation value of MMT's other assets. The ability to sell the device in Europe has value, but even more valuable is the opportunity from the FDA to conduct an Investigational Device Exemption (IDE) Clinical Trial study of the HeartAssist5® LVAD System compared to the HeartMate II® VAD.

38. The first leg of this trial will involve completing devices for implantation in patients in Houston and intensive monitoring of the devices and patients during the trial. The IDE allows the HeartAssist5® system to be sold for use in a clinical trial approved by the FDA to collect safety and effectiveness data before it grants a license to market

HeartAssist5® commercially. This license is known as a Premarket Approval ("PMA") of the product. The IDE route is the same pathway used by the two main competitors- Thoratec's HeartMate II and HeartWare's HVAD. Management anticipates obtaining a PMA may result in MMT or its successor becoming a going concern.

39. In addition to the funding from BTVAD, it is necessary to raise between $10,000,000 and $15,000,000 to gear up for sales in Europe, begin the first leg of the FDA trial to bring HeartAssist5® to the market in the United States, to pay vendors for development and regulatory agency support, and fund a plan of reorganization for MMT.

40. In short, the interim loans and the additional funds that ReliantHeart, Inc. ("ReliantHeart"), intends to raise are necessary to recapitalize the business and get it past the last hurdles it faces to bring HeartAssist5® to the market. Without fresh capital or the ReliantHeart transaction, MMT will have to shut down operations and its valuable technology will likely not be developed.

41. **Support for Restructuring.** Through discussions held among Messrs. Lynch, Williams, Ford and numerous Bridge Note Holders, it has been determined on an informal basis that a majority of the Bridge Note Holders favor a plan to retain the value of the MMT assets (rather than liquidate), pay MMT's obligations and capitalize the business in the hope of moving the technology forward and salvaging, to some extent, the investment in MMC and MMT.

42. **Proposed ReliantHeart Transaction.** MMT lacks the capital to bring its technology forward, and its financial difficulties make its reputation a negative in the market. As a consequence, subject to director recommendation and stockholder approval, MMT intends to sell all of its assets to ReliantHeart, a Delaware corporation, through a plan of reorganization.

43. ReliantHeart was incorporated on April 9, 2013 and was owned by BTVAD. During the week of May 27, Rodger Ford, Bryan E. Lynch, Sailesh Saxena,

3542711.2

Anthony Williams and Cindy McKelroy became the founding shareholders of RelianHeart. Each are insiders of MMC or MMT.

44. **Lease.** MMT was delinquent in its rent. As part of an agreement by RelianHeart to assume the lease with SL Interchange, LP ("Landlord") and cure arrearages, the lease was assigned by MMT to RelianHeart effective April 10, 2013, with the landlord's consent. The landlord and RelianHeart worked out the timing for payment of MMT's arrearages.

45. MMT contemplates that its plan of reorganization will provide that RelianHeart will assume its technology agreements and cure defaults, and MMT will assign all rights to RelianHeart. RelianHeart will pay cash to MMT's creditors and distribute a portion of its stock to MMT shareholders. It is initially expected that unsecured creditors will be paid in full, without interest, over 5 years in agreed upon installments. Bridge Note Holders will collectively be paid $1,100,000 by RelianHeart, with each holder having the option to convert the debt into equity. RelianHeart will raise funds via conversion of the BTVAD loan to equity and an offering to the Bridge Note Holders (the stockholders of MMT), then to MMC shareholders. If shares remain unsold, they will be offered to new investors.

46. **Employees.** While it was effectively shut down, two MMT officer employees - Cindy McKelroy (Director of Quality) and Sailesh Saxena (CFO) - continued to work to keep MMT's "Loop Room" in operation to monitor ongoing LVAD's and to protect the company's assets. These employees are owed sums as listed in MMT's Schedule E (unsecured priority claims) and Schedule F (unsecured nonpriority claims).

47. **Interim Operations.** During the pendency of the bankruptcy, MMT needs the HeartAssist5® technology to be protected and preserved through the resumption of business operations, maintenance of the "Loop Room", manufacture, testing and maintenance of LVAD devices, ongoing payment of employees and vendors, and

monitoring of patients on a continuous, ongoing basis. ReliantHeart has agreed to do so, at its own expense, and to pay MMT a monthly fee. ReliantHeart will begin the process of obtaining European and FDA approval for the transfer of approvals from MMT to ReliantHeart (which usually takes 45 days). In the event of termination, or if ReliantHeart does not purchase MMT's assets pursuant to a confirmed plan of reorganization, ReliantHeart will return all of MMT's rights and remaining assets (ordinary disposition excepted) without lien, claim or offset. The understandings are reflected in a proposed Management Agreement that MMT seeks approval of under Bankruptcy Code § 363(b)(1).

48. The alternative for MMT would be to obtain debtor in possession funding, re-employ its employees, and re-start business operations. All of the expense would be incurred by MMT and effectively its creditors. ReliantHeart could not commence using the technology until consummation of a confirmed plan of reorganization.

49. In contrast, under the proposed Management Agreement, ReliantHeart incurs the expense and financing costs of re-employing the employees and re-starting the business. ReliantHeart pays $50,000 per month to cover MMT's expenses of the administration of the case. Even if the transaction does not occur because of an overbid, or otherwise, ReliantHeart is not owed any break up fee or expense reimbursement.

50. With these conditions, the proposed Management Agreement provides MMT with a low risk, low cost way to attempt to preserve its going concern value for the benefit of MMT's creditors and stockholders.

51. I have signed a consulting agreement with MMT that is attached hereto as **Exhibit A**. Under the consulting agreement, MMT has agreed to pay me $250 per hour, but I will likely only collect a portion in cash in the near future. These amounts, however, will not be paid by MMT directly; they will be paid by ReliantHeart under the Management Agreement. The balance will likely be convertible into stock of ReliantHeart.

I make this declaration under penalty of perjury of the laws of the United States in Tucson, Arizona on June 13, 2013.

*Dennis L. Winans*
Dennis L. Winans

3542711.2