# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

MICROMED TECHNOLOGY, INC.,
a Delaware corporation,

                        Debtor.

Chapter 11

Case No. 13-11525 (PJW)

**INTERIM ORDER AUTHORIZING MICROMED TECHNOLOGY, INC. TO ENTER INTO A MANAGEMENT AGREEMENT WITH RELIANTHEART, INC. AND SCHEDULING A FINAL HEARING**

      This matter is before the Court on the motion ("Motion") filed by MicroMed Technology, Inc. ("MMT") that requests the entry of an Interim Order under Bankruptcy Code Sections 105, 363 and Bankruptcy Rules 6004 and 9014 authorizing MMT to enter into a Management Agreement with ReliantHeart, Inc ("ReliantHeart") relating to MMT's assets and operations. At a hearing on _____, the Court considered the record and the evidence and statements of counsel presented at the hearing. Good cause appearing, and for the reasons stated by the Court on the record, which are incorporated by reference pursuant to Bankruptcy Rule 7052,

      The Court finds:

      1.     This Court has jurisdiction to hear this motion under 28 U.S.C. §§ 157 and 1334. Venue is proper in this District under 28 U.S.C. § 1408. This is a core proceeding under 28 U.S.C. § 157(b)(M).

      2.     Notice of the hearing on the Motion was appropriate under the Bankruptcy Code, Bankruptcy Rules, and this Court's local rules.

**IT IS ORDERED:**

      3.     The Motion is granted on an interim basis. The Management Agreement described in the Motion and attached to the Motion as Exhibit B is approved and MMT is authorized to execute the Management Agreement to be effective until a final hearing is held.

3534453.2

2

4. A final hearing on the Motion is set for _____ at _____ in Courtroom __ at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, North, Wilmington, Delaware 19801. Any objections to the relief requested in the Motion shall be filed by _____ in accordance with this Court's local rules and served at the same time on:

| | |
|---|---|
| Robert M. Charles, Jr. | Brett D. Fallon |
| Lewis and Roca LLP | Morris James LLP |
| One South Church Avenue, Suite 700 | 500 Delaware Avenue, Suite 1500 |
| Tucson, Arizona 85701 | P.O. Box 2306 |
| Email: RCharles@LRLaw.com | Wilmington, DE 19899-2306 |
| Facsimile: (520) 879-4705 | Email: bfallon@morrisjames.com |
| Telephone: (520) 629-4427 | Facsimile 302.571.1750 |
| Proposed Attorneys for Debtor | Telephone 302.888.6888 |
| | Proposed Attorneys for Debtor |

5. MMT shall promptly serve notice of the final hearing by hand delivery, facsimile, email or by first class mail upon (i) the United States Trustee, (ii) each of MMT's twenty largest unsecured creditors, (iii) counsel to any official committee of unsecured creditors appointed in this case, and (iv) any other person entitled to notice under Bankruptcy Rule 4001 and this Court's Local Rule 4001-2, and shall promptly serve notice on all other parties in interest who file notices of appearance before the hearing date. This notice shall be sufficient notice under Bankruptcy Rule 4001.

6. This Order shall be immediately effective.

Dated: June __, 2013

_____
United States Bankruptcy Judge