**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MICROMED TECHNOLOGY, INC., ) | |
| a Delaware corporation,[1] ) | Case No. 13-11525 (PJW) |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTION
SCHEDULED FOR JUNE 18, 2013 AT 11:00 A.M. BEFORE THE HONORABLE
PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6TH FLOOR,
COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**[2]

1. Voluntary Petition for MicroMed Technology, Inc. (Docket No. 1; filed 6/13/13)

2. Declaration of Dennis L. Winans in Support of First Day Motions
   (Docket No. 3; filed 6/13/13)

   (a) Exhibit A to the Declaration of Dennis L. Winans in Support of First Day Motions

   Status: The Declaration will be relied upon as evidentiary support for the following first day matter.

   **First Day Motion**

3. Debtor's Motion for Interim and Final Orders Authorizing MicroMed Technology to Enter into a Management Agreement with ReliantHeart, Inc. (Docket No. 4; filed 6/13/13)

   Status: This matter is going forward.

[*Signature page follows.*]

---

[1] The Debtor's mailing address is 8965 Interchange Drive, Houston, TX 77054.
[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866) 582-6878 or by facsimile (866) 533-2946.

6541521/

2

Dated: June 14, 2013

MORRIS JAMES LLP

/s/ Brett D. Fallon
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

-and-

Robert M. Charles, Jr. (AZ SBN 007359)
Justin J. Henderson (AZ SBN 026930)
Lewis and Roca LLP
One South Church Avenue
Suite 700
Tucson, AZ 85701
Telephone: (520) 629-4427
Facsimile: (520) 879-4705
E-mail: RCharles@LRLaw.com
E-mail: JHenderson@LRLaw.com

Proposed Counsel for the Debtor and Debtor in Possession

6541521/

2