| | |
|---|---|
| In re: | Chapter 11 |
| MicroMed Technology, Inc., | Case No. 13-11525 (PJW) |
| Debtor. | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

  Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

  1. **Yarbrough Electronics Sales, Inc.**, Attn: Darrel Yarbrough, 2030 N. Forbes Blvd., Ste. 104, Tucson, AZ 85745, Phone: (520) 795-1603, Fax: (520) 325-9607

  2. **Lynium LLC**, Attn: James Horn, 2015 N. Forbes Blvd., Ste. 109, Tucson, AZ 85745, Phone: (520) 579-0047, Fax: (520) 579-8712

  3. **Numerex Solutions, LLC**, Attn: Theresa Pistilli, 3330 Cumberland Blvd. SE, Suite 700, Atlanta, GA, 30339, Phone: (770) 693-5950, Fax: (770) 693-5951

  4. **Insaco Inc.**, Attn: Robert Haines, 1365 Canary Road, P.O. Box 9006, Quakertown, PA 18951, Phone: (215) 536-3500, Fax: (215) 536-7750

  5. **Master Control, Inc.**, Attn: Jeff Peck, 6330 So. 3000 East # 200, Salt Lake City, UT 84121, Phone: (801) 365-1209, Fax: (801) 944-7726

  ROBERTA A. DEANGELIS
  United States Trustee, Region 3

  /s/ *Benjamin Hackman* for
  T. PATRICK TINKER
  ASSISTANT UNITED STATES TRUSTEE

DATED: July 2, 2013

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's Proposed Counsel: Robert Charles, Phone: (520) 629-4427, Fax: (520) 879-4705