UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Case No.1-13-bk-11525 PJW |
| | ) |
| MICROMED TECHNOLOGY, INC., | ) Hearing Date: March 3, 2014, 3:00 p.m. (EDT) |
| a Delaware corporation, | ) |
| | ) |
| Debtor. | ) |
| | ) |

## FINAL REPORT IN REORGANIZED DEBTOR'S CHAPTER 11 CASE

In accordance with Rule 5009-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, on behalf of the above-captioned reorganized debtor, MicroMed Technology, Inc. ("MMT"), I hereby submit this final report in support of the *Motion for Entry of a Final Decree and to Close Estate (*the "*Motion")* which seeks a final decree and order closing MMT's chapter 11 case.

To the best of my knowledge, information, and belief, the following is a breakdown of the results in the above-captioned case.

1.  Debtor's Chapter 11 Plan of Reorganization (the "Plan") was confirmed by the Court on October 17, 2013.[1]  The Effective Date occurred on November 25, 2013.

2.  MMT has paid all the allowed fees and expenses incurred by its bankruptcy counsel and counsel for the Official Committee of Unsecured Creditors through the Effective Date of the Plan.  Post-effective date payments have been made as well.

3.  No trustee or examiner was appointed in this case.  Hence, no fees were incurred for a trustee or trustee's counsel.

4.  Through a check issued today for $650, Debtor has fully satisfied its quarterly fee obligations under 28 U.S.C. § 1930 owed to the Office of the United States Trustee ("UST") from the Effective Date of the Plan through the fourth quarter of 2013,

---

[1] Findings of Fact, Conclusions of Law and Order Confirming First Plan of Reorganization for MicroMed Technology, Inc., Dated August 6, 2013 [DE 165].

with total payments to date in the amount of $2,600. The fees to be paid to the UST for this final quarter, ending March 31, 2014, which are due on or before April 31, 2014, will be $325. Debtor has reserved these funds required to satisfy its final obligation to pay the amounts owed to the UST in connection with distributions made in the first quarter of 2014.

5. There are no pending contested matters or pending adversary proceedings in this case which would affect the substantial consummation of this case.

6. All distributions to be made under the Plan on account of claims filed in this case have been made.

7. Other than the claim to Harris County, TX for personal property taxes, Debtor has made either directly, or through the purchaser ReliantHeart Inc., all the payments and distributions required to be made, to all classes of creditors, claimants and interest holders required to date, in accordance with the terms of the Plan and the Confirmation order.[2] Debtor has interacted with Harris County's legal counsel on numerous occasions and is working to finalize the amount of the regular payments and the amortization schedule. The only claims that have not been fully administered are the distributions to interest holders, William and Stephanie Birdsall, which are being withheld pending resolution of MMT's litigation with the Birdsalls.[3]

8. All matters to be completed upon the Effective Date of the confirmed plan have been fulfilled or completed.

DATED this 18th day of February, 2014.

**MicroMed Technology, Inc.**

*(signature)*

Dennis L. Winans
Its Sole Director

---

[2] Parties are referred to the Plan itself for detailed descriptions of the distributions thereunder.

[3] Order Granting Debtor's Motion to Delay Distribution on Account of Interest Held by William Birdsall and Stephanie Birdsall [DE 202].